STATE OF MISSOURI, Respondent, v. FRANCIS CORDIA, Appellant.

**St. Louis Court of Appeals, November 12, 1912.**

INTOXICATING LIQUOR: Illegal Sales: Sufficiency of Record. In a prosecution for the illegal sale of intoxicating liquor by a merchant, in violation of Sec. 11640, R. S. 1909, *held* that the record does not disclose any error or irregularity justifying a reversal of the judgment of conviction.

Appeal from Washington Circuit Court.—*Hon. Joseph J. Williams*, Judge.

AFFIRMED.

*M. E. Rhoades* and *Byrns & Bean* for appellant.

*W. A. Cooper* and *S. G. Nipper* for respondent.

CAULFIELD, J.—Defendant was indicted, tried and, on September 7, 1910, convicted, under section 11640 of the Revised Statutes of Missouri 1909, for selling intoxicating liquor in less quantity than five gallons, he being a merchant, having a merchant's license authorizing him to deal in goods, ware and merchandise, but no dramshop license. He appeals to this court but has assigned no error and filed no brief here. Having examined the record we find no error, insufficiency, or irregularity in the indictment, trial or other proceedings, justifying a reversal of the judgment, and find that the evidence warrants the conviction and the instructions fairly present the case to the jury.

The judgment is, therefore, affirmed. *Reynolds, P. J.*, and *Nortoni, J.*, concur.